LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants
Brad Johnson and Torey Defauw*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| MATTHEW JOHNSON , | Case No.:   2:20-cv-01270-KJD-BNW |
|---|---|
| Plaintiff, | |
| vs. | **LVMPD DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| BRAD JOHNSON, *et al.*, | **(First Request)** |
| Defendants. | |

Defendants Brad Johnson and Torey Defauw ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, move for an extension of time to file their Response to Plaintiff Mathew Johnson's Motion for Appointment of Counsel, (ECF No. 14).  The current deadline for LVMPD Defendants to file a response is January 27, 2020.  LVMPD Defendants move for an extension of two weeks—until Wednesday, February 10, 2021—so that counsel can adequately address the Court's recent Minute Order, (ECF No. 16), ordering LVMPD Defendants to describe the "procedures in place for inmates to access the law library so that the Court can

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2737748_1  6943.232

Page 1 of 5

1  properly evaluate Plaintiff's request [for counsel]." An extension of two weeks will allow

2  LVMPD Defendants' counsel to contact state officials at Plaintiff's current detention center: the

3  Tonopah Conservation Camp run by the State of Nevada's Department of Corrections.

4      DATED this 26th day of January, 2021.

5                      KAEMPFER CROWELL

7          By:   */s/ Lyssa S. Anderson*
             LYSSA S. ANDERSON (Nevada Bar No. 5781)
             RYAN W. DANIELS (Nevada Bar No. 13094)
8               KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
             1980 Festival Plaza Drive, Suite 650
9               Las Vegas, Nevada 89135

10         *Attorneys for Defendants*
       *Brad Johnson and Torey Defauw*

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2737748_1  6943.232

Page 2 of 5

## I. DISCUSSION

Federal Rule of Civil Procedure 6(b)(1) permits extensions of time for upcoming deadlines when "good cause" exists. Good cause "is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The Ninth Circuit instructs district courts to liberally construe FRCP 6(b)(1) in order for cases to be tried on their merits. *Id.*

Here, LVMPD Defendants request a two week extension of time to file their Response to Plaintiff's Motion for Appointment of Counsel, (ECF No. 14), which is currently due on January 27, 2021. "Good cause" exists for that extension because it will allow LVMPD Defendants to fully comply with the Court's recent Minute Order requiring an update on Plaintiff's access to a law library while incarcerated. (Min. Order, ECF No. 16) ("Defendants are ordered to address whether there are procedures in place for inmates to access the law library so that the Court can properly evaluate Plaintiff's request."). LVMPD Defendants do not currently have that information because Plaintiff's current detention facility is not controlled by the Las Vegas Metropolitan Police Department. Rather, Plaintiff is currently housed in the Tonopah Conservation Camp operated by the State of Nevada's Department of Corrections. LVMPD Defendants need additional time to learn about Plaintiff's current access to a law library and then secure a declaration from state officials.

## II. CONCLUSION

LVMPD Defendants respectfully request a two week extension of time to file their Response to Plaintiff's Motion for Appointment of Counsel, (ECF No. 14). If granted, the Response will be due Wednesday, February 10, 2021. This extension will permit LVMPD Defendants to comply with the Court's Minute Order, (ECF No. 16), by contacting officials with

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2737748_1  6943.232

Page 3 of 5

the State of Nevada to discover Plaintiff's current access to a law library while housed at the Tonopah Conservation Camp.

DATED this 26th day of January, 2021.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Brad Johnson and Torey Defauw*

## ORDER

On the basis of good cause, IT IS ORDERED that defendants' motion is GRANTED. The deadline for defendants' response to ECF No. 14 is extended up to and including February 10, 2021.

**IT IS SO ORDERED**

**DATED:** 5:46 pm, January 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2737748_1  6943.232

Page 4 of 5